

Before: TASHIMA, OWENS, and FRIEDLAND, Circuit Judges.

## MEMORANDUM **

California state prisoner Kirell Francis Taylor appeals pro se from the district court's order revoking his in forma pauperis status under 28 U.S.C. § 1915(g) in his action alleging federal and state law claims. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's interpretation and application of § 1915(g), *Andrews v. Cervantes,* 493 F.3d 1047, 1052 (9th Cir.2007), and for an abuse of discretion its denial of leave to proceed in forma pauperis, *O'Loughlin v. Doe,* 920 F.2d 614, 616 (9th Cir.1990). We affirm.

The district court did not abuse its discretion by revoking Taylor's in forma pauperis status because it properly determined that Taylor has three strikes under § 1915(g), and Taylor failed to allege adequately that the "prison officials *continue* with a practice that has injured him or others similarly situated in the past[.]" *Andrews,* 493 F.3d at 1055–57 (discussing the imminent danger exception to § 1915(g)) (emphasis added).

We do not consider on appeal "[d]ocuments or facts not presented to the district court[.]" *United States v. Elias,* 921 F.2d

870, 874 (9th Cir.1990). Taylor's requests, set forth in his opening briefs, are denied.

**AFFIRMED.**

**Kirell Francis TAYLOR, Plaintiff–Appellant,**

v.

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; et al., Defendants–Appellees.**

No. 14–16885.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 18, 2015.*

Filed Nov. 27, 2015.

Kirell Francis Taylor, Corcoran, CA, pro se.

Before: TASHIMA, OWENS, and FRIEDLAND, Circuit Judges.

## MEMORANDUM ***

California state prisoner Kirell Francis Taylor appeals pro se from the district

---

ment. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

court's judgment after revoking his in forma pauperis status under 28 U.S.C. § 1915(g) in his 42 U.S.C. § 1983 action alleging federal and state law claims. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's interpretation and application of § 1915(g), *Andrews v. Cervantes*, 493 F.3d 1047, 1052 (9th Cir.2007), and for an abuse of discretion its denial of leave to proceed in forma pauperis, *O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir.1990). We affirm.

The district court did not abuse its discretion by revoking Taylor's in forma pauperis status because it properly determined that Taylor has three strikes under § 1915(g), and Taylor failed to allege adequately that the "prison officials *continue* with a practice that has injured him or others similarly situated in the past[.]" *Andrews*, 493 F.3d at 1055–57 (discussing the imminent danger exception to § 1915(g)) (emphasis added).

We do not consider on appeal "[d]ocuments or facts not presented to the district court[.]" *United States v. Elias*, 921 F.2d 870, 874 (9th Cir.1990).

All pending requests are denied.

**AFFIRMED.**

---

**Melinda Gabriella VALENZUELA, fka Enrique Mendez, Plaintiff–Appellant,**

v.

**COUNTY OF MARICOPA; et al., Defendants–Appellees.**

No. 14–17115.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 18, 2015.*

Filed Nov. 27, 2015.

Melinda Gabriella Valenzuela, Buckeye, AZ, pro se.

Before: TASHIMA, OWENS, and FRIEDLAND, Circuit Judges.

MEMORANDUM **

Melinda Gabriella Valenzuela, an Arizona state prisoner, appeals pro se from the district court's judgment dismissing her 42 U.S.C. § 1983 action alleging Eighth Amendment violations in connection with her medical care. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's interpretation and application of 28 U.S.C. § 1915(g). *Andrews v. Cervantes*, 493 F.3d 1047, 1052 (9th Cir.2007). We affirm.

Dismissal of Valenzuela's action was proper because at least three of Valenzue-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.